Karas, J

DEC 20 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
CINDY CHAVIS,

Plaintiff,

-vs-

MARGARET PALUMBO, sued in her individual capacity, and JOHN DOES I through III, sued in their individual capacities,

Defendants.
--------------------------------------------------X

**STIPULATION**
07 Civ. 8086 (KMK)

THE PARTIES HEREBY STIPULATE that plaintiff shall file her amended complaint naming the defendant "John Doe" police officers within 10 business days after Judge Karas signs this stipulation, and

THE PARTIES FURTHER STIPULATE, that counsel for defendants does not accept service for the defendant "John Doe" police officers.

Dated: December 19, 2007

STEPHEN BERGSTEIN

BERGSTEIN & ULLRICH, LLP
15 Railroad Avenue
Chester, New York 10918
(845) 469-1277
Counsel for plaintiff

DAVID L. POSNER

McCABE & MACK, LLP
63 Washington Avenue
Poughkeepsie, New York 10602
(845) 486-6800
Counsel for defendants

SO ORDERED,

UNITED STATES DISTRICT JUDGE
dated: 12/20/07

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** ____________
**DATE FILED:** ____________