| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK COUNTY OF | AFFIDAVIT OF SERVICE |
|---|---|
| CINDY CHAVIS | ATTORNEY: BERGSTEIN<br>FF/INDEX #:<br>DATE FILED:<br>DOCKET #: |
| Plaintiff(s)/Petitioners(s)<br>- AGAINST -<br>MARGARET PALUMBO, ET AL. | CASE NO.: 07 CIV 8086 (KMK) |
| Defendants(s)/Respondent(s) | COURT D/T:<br>AMOUNT: |

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **1/9/08** at **1:58 PM** at **CITY OF POUGHKEEPSIE POLICE DEPARTMENT, 62 CIVIC CENTER PLAZA, POUGHKEEPSIE, NEW YORK 12601**

deponent served the within **SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT/JURY TRIAL DEMANDED, INDIVIDUAL RULES OF PRACTICE OF JUDGE KARAS & PROCEDURES FOR ELECTRONIC FILING**

on **OFFICER JOSEPH HERRING** therein named

**SUITABLE AGE** ☑ By delivering a true copy thereof to and leaving with **LT. BENNETT - CO-WORKER** a person of suitable age and discretion, the said premises being the defendants - respondents

☐ dwelling place   ☑ place of business   ☐ last known address   within the State of New York

☐ AND AT THE SAME TIME PAYING IN ADVANCE   THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**MALE   WHITE SKIN   GRAY & BROWN HAIR   50-60 YRS.   5'9"-5'10"   190-230 LBS.**

Other identifying features: **GLASSES, BALDING, MUSTACHE**

**MAILING** ☐ Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depositary under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on: **1/14/08**

☑ at his last known residence   ☑ at his place of business   ☐ at his last known address

Address confirmed by:

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: **1/14/08**

*[signature]* JULIO PERILLA

*[signature]* JOANN JOHNSON

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
4632958