US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK
COUNTY OF _____

CINDY CHAVIS

- AGAINST -

MARGARET PALUMBO, ET AL.

Plaintiff(s)/Petitioners(s)

Defendants(s)/Respondent(s)

**AFFIDAVIT OF SERVICE**

ATTORNEY: BERGSTEIN
FF/INDEX #:
DATE FILED:
DOCKET #:
CASE NO.: 07 CIV 8086
(KMK)
COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE NEW YORK.

That on **1/9/08** at **1:58 PM** at CITY OF POUGHKEEPSIE POLICE DEPARTMENT
62 CIVIC CENTER PLAZA, POUGHKEEPSIE, NEW YORK 12601

deponent served the within **SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT/JURY TRIAL DEMANDED, INDIVIDUAL RULES OF PRACTICE OF JUDGE KARAS & PROCEDURES FOR ELECTRONIC FILING**

on **LT. BENNETT**                                                                                                                         therein named

**INDIVIDUAL** ☑ By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

☐ AND AT THE SAME TIME PAYING IN ADVANCE                    THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

MALE   WHITE SKIN   GRAY & BROWN HAIR   50-60 YRS.   5'9"-5'10"   190-230 LBS.

Other identifying features:

GLASSES, BALDING, MUSTACHE

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: **1/14/08**

_____          _____          _____
JOHN GOULD                                           JOANN JOHNSON                                 JULIO PERILLA
NOTARY PUBLIC, STATE OF NEW YORK    NOTARY PUBLIC, STATE OF NEW YORK    KATHLEEN GOULD
QUALIFIED IN ORANGE COUNTY                  QUALIFIED IN ORANGE COUNTY           NOTARY PUBLIC, STATE OF NEW YORK
COMMISION EXPIRES JULY 15, 20__           COMMISSION EXPIRES AUGUST 15, 20_10   QUALIFIED IN ORANGE COUNTY
01G05013764                                               01J05031856                                          COMMISSION EXPIRES NOVEMBER 30, 20__
                                                                                                                               4632958